# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Lewis Peoples, III,

    Plaintiff,

v.

North Las Vegas Police Department,

    Defendant.

Case No.: 2:12-cv-946-JAD-NJK

**Order Dismissing Case for Failure to Comply with the Court's Order [Doc. 22]**

Plaintiff Lewis Peoples III sued the North Las Vegas Police Department for an alleged traffic-stop arrest in 2012. Doc. 5. The NLVMPD filed a motion to dismiss all claims in his complaint, which I granted. In my July 17, 2014, order, I gave Peoples 20 days to file an amended complaint curing the defects in his claims. Doc. 22 at 6. I also provided Peoples with detailed instructions on how to properly present his amended complaint, and I cautioned him that his "failure to timely file a proper Second Amended Complaint in full compliance with this order and the rules of this Court may result in the dismissal of this case with prejudice." *Id.* at 3-6. Almost three months have passed, and Peoples has failed to file any amended complaint.

Accordingly, it is **HEREBY ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The clerk of court is instructed to close this case.

DATED: October 14, 2014

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

Clerk to notify:
Lewis Peoples, III
5236 Tiger Cub Court
North Las Vegas, NV 89031